FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

FILED

APR 1 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

DAVID. THOMAS. LUMPKIN JR

(Enter above the full name of the plaintiff in this action)

vs.

CORE Civic NORTH EAST OHIO

CORRECTIONAl CENTER

(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. **4:25 CV 00747**

JUDGE **JUDGE PEARSON**

**COMPLAINT**

**MAG JUDGE KNAPP**

## I.  Previous Lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ☑  NO ☐

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit

Plaintiffs DAVID. THOMAS. LUMPKIN JR

Defendants WEllPATH

2.  Court (if federal court, name the district; if state court, name the county)

UNiTED STATES DiSTRicT COURT  300 willow STREET,
104 BEAUMONT, TEXAS 77701-2217

3.  Docket Number 1:24cv 88

4.  Name of judge to whom case was assigned CRONE - STETSON

-2-

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

I DID NOT timely ComPly

6.  Approximate date of filing lawsuit MAR 04 2024

7.  Approximate date of disposition JuNE 2024

II.  Place of Present Confinement BECKLEY FEDERAL CORRECTIONAL INSTITUTioN

A.  Is there a prisoner grievance procedure in this institution?  YES ☑  NO ☐

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☑  NO ☐

C.  If your answer is YES,

1.  What steps did you take? GRiEVANCE AND AdmiNisTrATive Remedy To GRAND PrAiRie.

2.  What was the result? I filed tHis PRisoNeR Civil RightTs ACTioN lAw suit.

D.  If your answer is NO, explain why not

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐  NO ☑

F.  If your answer is YES,

1.  What steps did you take?

2.  What was the result?

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff DAVID. THomAS. LumPKiN JR

Address FcI BECKley , P.O. Box 350 BEAVeR, WV 25813

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant NoRTHEAST OHio CoRRecTioNAl CENteR is employed as

OHio DEPARTmeNT of RehAbilitAtioN at 2240 Hubbard RoaD, YoungsTown, OH 44505
AND CORRecTioNAl CENTeR

C. Additional Defendants

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

1. On December 17th, 2021 on the record it stated that the facilities are not accommidating for my physical limitations, and cause me great difficulty. I have a prosthetic leg; It still prevents me from receiving adequate care. In fact while housed at the CCA there handicapped showers were inoperable; to the point I could not possibly shower. I wrote a grievance on 12-25-2021 about the shower seat. I received a response from a staff member on the grievance on 1-19-22. A work order was made. I cannot get my prosthetic leg wet, so I was forced to take a shower while sitting in a plastic chair. I then collapsed in a shower that was not a handicapped shower on 12-29-21, and busted my prosthetic leg open and had to have surgery to have more of my leg amputated; I have attached a picture of my leg taken at LeTourneau Prostetics & Orthopetics on 11-30-22. On 6-30-23 I had an operation for my lower extremity. All attachments are for the amount in controversy. Copy #1 through #8.

III. Statement of Claim

(continued)

– 4 –

(Statement of Claim Continued)

- 5 -

V.     Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

12. 29. 21 AT 8:50 AM CORE CIVIC NORTHEAST OHIO CORRECTIONAL CENTER 2240 HUBBARD RD YOUNGSTOWN OHIO 44505. THIS WAS A VIOLATION OF MY SAFETY FACTOR, DO TO THE HANDY SHOWER WAS INOPETABLE, NO HANDY CAP SHOWER. I fail IN THE showe busted open MY Prostetic leg opened. It caused ME to GET SOME MORE of MY leG cut off, BECAUSE OF the INFECTION IT Put ME IN A wheelchair FOR 2 YRS. THE Amount iN CONTROVERSY I'm claiming the defendant OWES

ME iN PAIN & suffering is THREE HUNDERED AND SIXTY FIVE Million Dollars, with Jury demand AGAINST CORE civic NORTHEAST ohio CORRECTIONal center

Signed this  4th  day of  MARCH  , 20 25

I declare under penalty of perjury that the foregoing is true and correct.

3. 4. 25
(Date)

(Signature of Plaintiff)