**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID THOMAS LUMPKIN JR., | CASE NO. 4:25-cv-00747 |
| Plaintiff, | JUDGE BENITA Y. PEARSON |
| v. | |
| | MAGISTRATE JUDGE AMANDA M. KNAPP |
| CORE CIVIC NORTHEAST OHIO CORRECTIONAL CENTER, | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| Defendant. | |

Defendant CoreCivic Northeast Ohio Correctional Center ("Defendant")[1] respectfully moves this Court for a thirty-day extension of time, from August 28, 2025 to September 29, 2025, to respond to Plaintiff's Complaint (Dkt. 1).  Undersigned counsel was made aware of this lawsuit on August 11, 2025.  Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's responsive pleading deadline is August 28, 2025. Undersigned counsel requires additional time to review the case and the factual allegations and claims asserted, to research applicable defenses, and to prepare a responsive pleading.

Defendant is also aware that Plaintiff filed an Emergency Motion to Appoint Counsel on August 11, 2025 (Dkt. 7).  This predated undersigned counsel's involvement with this case, and the Emergency Motion was not served on Defendant.  If the Court is not inclined to deny Plaintiff's Emergency Motion outright, Defendant requests an opportunity to respond to it on or before September 29, 2025.

---

[1] Plaintiff names CoreCivic Northeast Ohio Correctional Center as the Defendant.  CoreCivic, Inc. owns and operates Northeast Ohio Correctional Center ("NEOCC") located in Youngtown, Ohio. It is unclear if Plaintiff is naming CoreCivic, NEOCC, or both, as Defendants in this matter. Regardless, NEOCC is a non-jural entity and is therefore an improper party.

No previous requests for an extension have been made. This Motion is made in good faith and is not submitted for the purpose of delay.

RESPECTFULLY SUBMITTED this 21st day of August, 2025.

By:/s/ Jamie D. Guzman
Daniel P. Struck, Bar No. AZ012377
Dana M. Keene, Bar No. 0105374
Jamie D. Guzman, Bar No. AZ022095
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ  85226
Telephone:   (480) 420-1600
Facsimile:    (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendant CoreCivic Northeast Ohio Correctional Center*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2025, I electronically transmitted the attached document

to the Clerk's Office using the CM/ECF System for filing and caused a true and correct copy of

the same to be mailed *via* First Class United States Mail to Plaintiff at the following address:

David Thomas Lumpkin, Jr., #52604-509
FCI BECKLEY
Federal Correctional Institution
P.O. Box 350
General & Legal Mail
Beaver, WV  25813

*Plaintiff Pro Se*

*/s/* Jamie D. Guzman
Jamie D. Guzman

3
