PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

DAVID THOMAS LUMPKIN JR,      )

                           )     CASE NO.  4:25CV0747

     Plaintiff,        )

                           )

     v.               )     JUDGE BENITA Y. PEARSON

                           )

CORE CIVIC NORTHEAST OHIO     )

CORRECTIONAL CENTER,      )

                           )     **ORDER OF TRANSFER OF A**

     Defendant.       )     **PREVIOUSLY FILED CASE**

Pursuant to Local Rule 3.1(b)(4),

If an action is filed . . . to this Court and assigned to a District Judge after which it is discontinued, dismissed . . ., and subsequently refiled, it shall be assigned to the same District Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled. . . .

The undersigned are the transferee and the transferor Judges.

Dated:  August 29, 2025          */s/ Benita Y. Pearson*
                                     United States District Judge
                                   Transferor Judge

Dated:  August 29, 2025          */s/ Pamela A. Barker*
                                     United States District Judge
                                   Transferee Judge

IT IS THEREFORE ORDERED that Case No. 4:25CV0747 is transferred to the docket of Judge Pamela A. Barker as a case that had been previously filed in this Court, being Case No. 4:24CV0406, and assigned to Judge Barker that was later discontinued or dismissed without prejudice.

IT IS SO ORDERED.

August 29, 2025                */s/ Benita Y. Pearson*
Date                                Benita Y. Pearson
                                   United States District Judge