**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**David Thomas Lumpkin,**                             **Case No.  4:25CV00747**

                              **Plaintiff,**
        **-vs-**                                      **JUDGE PAMELA A. BARKER**


**CoreCivic Northeast Ohio
Correctional Center,**                                **ORDER OF REFERRAL**

                      **Defendant.**


Pursuant to Title 28 of the United States Code, Section 636, and Local Rule 72.1 the Court refers the above-captioned case to Magistrate Judge James E. Grimes for general pretrial supervision, including overseeing service, conducting a Case Management Conference, overseeing the discovery process, and resolving all non-dispositive motions.  This referral does not include dispositive motions (or non-dispositive motions that relate to dispositive motions), which will be ruled on by the undersigned directly.   Lastly, the Court reserves the right to rule directly on any matter filed in this case.

        **IT IS SO ORDERED.**



                                         _s/Pamela A. Barker_
                                        PAMELA A. BARKER
Date:  September 10, 2025              U. S. DISTRICT JUDGE