IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID THOMAS LUMPKIN JR., <br><br> Plaintiff, <br><br> vs. <br><br> CORE CIVIC NORTHEAST OHIO CORRECTIONAL CENTER, <br><br> Defendant. | CASE NO. 4:25-cv-747 <br><br> DISTRICT JUDGE PAMELA A. BARKER <br><br> MAGISTRATE JUDGE JAMES E. GRIMES JR. <br><br> **CASE MANAGEMENT SCHEDULING ORDER** |

### Case Management Conference

This case has been set for a telephonic Case Management Conference (Conference) on October 21, 2025, at 2:00 p.m.

Lead counsel is expected to attend and must be prepared to discuss all claims and defenses in detail. Parties and party representatives are welcome to attend, but their attendance is not required. The prison will be informed of the Conference and call-in instructions for the Conference will be provided to counsel and the applicable prison official.

Unrepresented parties and lead counsel for represented parties must be prepared to discuss all claims and defenses in detail. The Case Management Plan will be tailored to the case based on the information supplied at the Conference.

Unrepresented parties should review the Court's handbook for pro se litigants at https://www.ohnd.uscourts.gov/sites/ohnd/files/ProSeGuide.pdf. The Court cannot provide legal advice or suggestions about how to handle any party's case. In addition to reviewing the Court's handbook for pro se litigants, unrepresented litigants are encouraged to review the Pro Se Information posted on this Court's public website. https://www.ohnd.uscourts.gov/pro-se-information.

**Electronic filing**

Electronic filing using the Case Management/Electronic Case Files (CM/ECF) system is mandatory for attorneys in the Northern District of Ohio. Counsel are advised that all documents, notices and orders in this matter must be filed electronically, except as provided for in the User's Manual, a copy of which is available on the Court's electronic filing web site at https://www.ohnd.uscourts.gov/electronic-filing. The Clerk's Office has established an Electronic Filing Help Desk at 1-800-355-8498 to answer questions and provide assistance should difficulties arise.

Electronically filed documents must be in a text-searchable PDF format. When citing unreported cases, parties should use Westlaw citations whenever possible. Citations to all documents filed on ECF must include the ECF document number and ECF page number. For example, citation to an exhibit accompanying a declaration would appear as "Doc. No. 123-4 at 10," rather than "Smith Decl. Ex. 4 at 10."

Notice of filings are sent electronically. Counsel of record is responsible for setting up a user e-mail account to receive e-mail notifications and to check that e-mail account on a regular basis.

**Communication with chambers**

Counsel should consult the electronic docket for case-related questions, including those related to deadlines and conference dates. Telephone calls and emails to Chambers are permitted only for urgent matters requiring immediate attention—such as when an emergency on the day of a conference prevents counsel from appearing at the conference[1]—or when otherwise expressly permitted in this order or by the Court. Do not email or call chambers to discuss substantive legal issues about a case. Do not request a continuance by email or telephone. Faxes are not permitted.

**Applicable rules**

This case is governed by the Local Rules of the U.S. District Court for the Northern District of Ohio and the Federal Rules of Civil Procedure. All counsel and unrepresented parties are expected to familiarize themselves with the Local and Federal Rules.

---

[1] When counsel calls in this circumstance, counsel should explain that an electronically filed application will follow.

**Consent to jurisdiction of the Magistrate Judge**

The parties have not consented to the jurisdiction of the Magistrate Judge.

**Track assignment**

This case is subject to the provisions of Differentiated Case Management as set forth in the Local Rules. The Court will evaluate this case in accordance with L.R. 16.2 and assign it to a case management track. Each of the tracks (expedited, standard, complex, mass tort and administrative) has its own set of guidelines and timelines governing discovery, motion practice, and trial. Under L.R. 16.3(a), the Court reserves determination of track assignment until the CMC.

**Disclosures/Discovery**

In accordance with Federal Rule of Civil Procedure 26, this case is exempt from initial disclosures and from party planning meetings. Fed. R. Civ. P. 26(a)(1)(B)(iv), (f). The parties may not begin discovery prior to the CMC.

Unless otherwise ordered by the Court, discovery materials should *not* be filed with the Court except when submitted in support of a motion or for use at trial. Where deposition excerpts have been attached in support of or opposition to a motion, the entire deposition transcript must be filed separately in text-searchable format.

The Judges of the Northern District of Ohio have adopted L.R. 30.1, which governs the taking of depositions. Counsel are expected to comply with the rule in its entirety.

**Motions and other filings**

Unless otherwise directed by the Court, motion practice will be guided by L.R. 7.1 and all other Local Rules and Federal Rules of Civil Procedure.

Requests to continue a court conference or court proceeding must be filed on the docket at least 4 business days in advance of the proceeding to be continued, and must include at least 3 proposed alternative dates, on which all counsel are available, for the continued proceeding.

**Change of address**

Attorneys and pro se litigants must promptly file a notice of change of address/email address with the Clerk of Court.

**Resolution before CMC**

If this case is resolved before the CMC, the parties must submit a stipulation of settlement and dismissal, or otherwise notify the Court that such a stipulation is in process, by contacting the Court's Courtroom Deputy Clerk at 216-357-7140.

Dated:  October 1, 2025

*/s/ James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge

4