United States District Court
Northern District of Ohio

FILED

JAN 13 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

David Lumpkin,

V

Case: 4:25-cv-747

Warden, Core Civic North East Ohio Correctional
Center, Cindy Wetzel, Ciara Murphy, et al.

## Complaint (Amended)

Comes now David Lumpkin, pro se, respectfully amending his Complaint for the above-caption case. On or about December 18, 2021 Plaintiff was sent to Core Civic Correctional Center. Plaintiff, being an amputee, informed the staff members, including but not limited too, the current officer and several of the Prison Administrators (Warden, Health Services Administrator, and nursing staff) that the handy cap shower was not operational. Plaintiff was told to use a different shower and to use a chair. This violates several Civil rights and ADA Rehab rules for Compliance. On December 24, 2021 Plaintiff slipped in the shower causing injury to his leg. The Medical staff showed Gross negligence and inadequate

medical care causing Plaintiff's leg to be further
amputated, Plaintiff also injured his neck and
back in the fall, The Cruel and unusual punishment
Plaintiff suffered violates his 8th and 14th Amendments
as no disabled person should be forced to shower in
a situation that would certainly cause injury, more
so in a "noncompliant" stall. D. Bobby, Warden
of Core Civic was informed on January 18, 2022 by
grievance (Appeal 21-1281) to appeal his medical
treatment to HSA McMahon but was unable to modify
treatment ( EXHIBIT #1) denying any "neck or Back" injury
however (EXHIBIT# 3) the medical report proves that the
injury was reported. On December 30, 2021 Cindy Wetzel
was informed by sick call asking for treatment but was
denied. Plaintiff's injury was misdiagnosed on his
leg and when the poor care caused infection and further
removal from an infection by the 10" blade and 18 gauge
needle, this again falls under Cruel and unusual as he
not only lost more of his leg but now suffers from PTSD
from the terror of the "Back Room" operation. This had
occurred on November 17, 2022 after being denied a 2nd
opinion. As a "Pretrial" detainee he was violated his 14th
Amendment. The medical staff is liable for their acts
as well as Warden violates under a Monell claim

for the lack of training, supervision, etc., Plaintiff brings litigation for Gross Mismanagement of his healthcare for his loss of a limb.

Plaintiff seeks $365 million for his damages as well as the Emotional distress for the fall, nightmares, etc.

Respectfully,

David. Thomas. Lumpkin JR.
52664-509
FCI Beckley
Federal Correctional Institutn
P.O. Box 350
General & legal Mail
Beaver, WV 25813