**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DAVID THOMAS LUMPKIN JR., | CASE NO. 4:25-cv-00747 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| v. | MAGISTRATE JUDGE JAMES E. GRIMES, JR. |
| CORE CIVIC NORTHEAST OHIO CORRECTIONAL CENTER, | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| Defendant. | |

Defendant CoreCivic Northeast Ohio Correctional Center ("Defendant") requests an extension, from January 27, 2026 to February 27, 2026, to file a response to Plaintiff's Amended Complaint filed on January 13, 2026 (Dkt. 24). This extension will allow time for Plaintiff to comply with the Court's January 22, 2026 Order directing him to provide the Court with summonses for the three new Defendants, all of whom are current or former CoreCivic employees,[1] by no later than February 5, 2026 so that service can be effectuated. (*See* Dkt. 22, Dkt. 24; non-document Order dated January 22, 2026.) Defendant makes this request in good faith to avoid filing multiple and/or piecemeal responses on behalf of all properly served Defendants, and not for purposes of delay.

On September 29, 2025, Defendant filed a Motion Dismiss (Dkt. 16). Plaintiff's response was due on November 3, 2025. Plaintiff missed this deadline. On November 20, 2025, Plaintiff filed an untimely Motion Seeking Leave for Extension of Time (Dkt. 18), requesting an additional

---

[1] Undersigned counsel will represent current or former CoreCivic employees who are properly served.

45 days to file "his Reply to Defendants response" citing an institutional lockdown as the reason for his request.  Plaintiff also filed a Motion Seeking Leave to Stay Proceedings (Dkt. 19).  On November 21, 2025, the Court granted Plaintiff's Motion Seeking Leave for Extension of Time and directed Plaintiff to file his Opposition to Defendant's Motion to Dismiss by December 31, 2025.  The Court denied Plaintiff's Motion Seeking Leave to Stay Proceedings.

On December 1, 2025, Plaintiff filed a Motion Seeking Leave to Add Defendants and a Motion to Seek Leave to Amend Complaint (Dkt. 20 and 21).  Defendant was not served with these Motions via the Court's ECF notification system until December 2, 2025, and Defendant's deadline to respond fell on December 16, 2025.  Before Defendant had an opportunity to file its response to both Motions on December 16, the Court granted them, instructing Plaintiff to file an Amended Complaint by January 16, 2026, and further instructing him to provide summonses for each new Defendant by the same date.  (Dkt. 22.)

On January 13, 2026, Plaintiff filed an Amended Complaint (Dkt. 24), which includes "Defendants Warden, Core Civic [sic] Northeast Ohio Correctional Center, Cindy Wetzel, Ciara Murphy, et al."[2] as Defendants.  (Dkt. 24.)  Plaintiff did not file any summonses for the new Defendants in contravention of the Court's Order (*see* Dkt. 22).  On January 14, 2026, the Court denied Defendant's Motion to Dismiss as moot.

On January 22, 2026, the Court issued an Order instructing Plaintiff to provide the Court with summonses for the three new Defendants by February 5, 2026.  The Court warned Plaintiff that his failure to do so may result in his case being dismissed against the new Defendants.

---

[2] Based upon this new caption, it is unclear if Plaintiff is still suing CoreCivic and/or the Northeast Ohio Correctional Center, or whether he is only suing NEOCC's Warden in his official capacity. (Dkt. 24 at 1.)  In addition, Plaintiff's use of "et al." is improper if indeed he is suing any other individual or entity given that no other individual or entity is specifically listed as a defendant. (*Id.*)

If Plaintiff complies with the Court's Order and submits summonses for the new Defendants by February 5, 2026, service will still need to be completed and, if it is completed, responsive pleadings will need to be filed on behalf of all properly served new Defendants based upon the dates of service.  Accordingly, to avoid filing multiple responsive pleadings on various dates, Defendant respectfully requests until February 27, 2026, to file a single response to Plaintiff's Amended Complaint on behalf of all properly served Defendants.  An extension will conserve time and judicial resources, and will prevent the filing of numerous, piecemeal responsive pleadings.

RESPECTFULLY SUBMITTED this 23rd day of January, 2026.

By:/s/ Jamie D. Guzman

Daniel P. Struck, Bar No. AZ012377
Dana M. Keene, Bar No. 0105374
Jamie D. Guzman, Bar No. AZ022095
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ  85226
Telephone:   (480) 420-1600
Facsimile:    (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendant CoreCivic Northeast Ohio Correctional Center*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and caused a true and correct copy of the same to be mailed *via* First Class United States Mail to Plaintiff at the following address:

David Thomas Lumpkin, Jr., #52604-509
FCI BECKLEY
Federal Correctional Institution
P.O. Box 350
General & Legal Mail
Beaver, WV  25813

*Plaintiff Pro Se*

*/s/* Jamie D. Guzman
Jamie D. Guzman

4