**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DAVID THOMAS LUMPKIN JR., | CASE NO. 4:25-cv-00747 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| v. | MAGISTRATE JUDGE JAMES E. GRIMES, JR. |
| CORE CIVIC NORTHEAST OHIO CORRECTIONAL CENTER, | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| Defendant. | **(SECOND REQUEST)** |

Defendant CoreCivic Northeast Ohio Correctional Center ("Defendant") requests an additional extension, from February 27, 2026 to two weeks after the Court's ruling on the Report and Recommendation ("R&R") (Dkt. 26), to file a response to Plaintiff's Amended Complaint filed on January 13, 2026 (Dkt. 24) for the reasons set forth below.

On January 23, 2026, Defendant filed a Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (Dkt. 25) seeking an extension from January 27, 2026 to February 27, 2026 to file a responsive pleading so that Plaintiff could serve the newly added individual Defendants and so Defendant could avoid filing multiple and/or piecemeal responses on behalf of all properly served Defendants. At the time of Defendant's extension request, Plaintiff had been ordered to provide summonses for the newly added Defendants by February 5, 2026 pursuant to the Court's January 22, 2026 Order [non-document].[1]  The Court granted Defendant's extension request on January 23, 2026 in a non-document Order.

---

[1] This was the second time Plaintiff was ordered to provide summonses. Plaintiff missed his January 16, 2026 deadline to provide them pursuant to the Court's December 16, 2025 Order. (Dkt. 22.)

On February 23, 2026, Magistrate Judge Grimes issued an R&R recommending the dismissal of all newly added individual Defendants due to Plaintiff's failure to comply with Court orders and to prosecute his case. (Dkt. 26.) Plaintiff has until March 9, 2026 to file objections to the R&R.

To date, the newly added individual Defendants have not been served or dismissed from this case. Defendant will not know if they are indeed dismissed until the R&R is adopted by this Court and any objection(s) to the R&R are resolved. Accordingly, Defendant requests an additional extension of time to respond to Plaintiff's Amended Complaint until fourteen (14) days after the Court rules on the R&R. The extension will conserve time and judicial resources because it will preclude Defendant from having to include arguments on behalf of the newly added, but unserved and not yet dismissed, individual Defendants in its responsive pleading, which may be rendered moot if the Court adopts the R&R and dismisses them due to Plaintiff's failure to comply with Court orders and to prosecute his case.  If the individual Defendants are ultimately served, it would prevent CoreCivic from filing numerous, piecemeal responses on behalf of all Defendants.

Accordingly, Defendant respectfully requests until 14 days after the Court rules on the R&R to file its response to the Amended Complaint.

RESPECTFULLY SUBMITTED this 24th day of February, 2026.

By:/s/ Jamie D. Guzman
Daniel P. Struck, Bar No. AZ012377
Dana M. Keene, Bar No. 0105374
Jamie D. Guzman, Bar No. AZ022095
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ  85226
Telephone:   (480) 420-1600
Facsimile:    (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendant CoreCivic Northeast Ohio Correctional Center*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and caused a true and correct copy of the same to be mailed *via* First Class United States Mail to Plaintiff at the following address:

David Thomas Lumpkin, Jr., #52604-509
FCI BECKLEY
Federal Correctional Institution
P.O. Box 350
General & Legal Mail
Beaver, WV  25813

*Plaintiff Pro Se*

*/s/* Jamie D. Guzman
Jamie D. Guzman